FILED

MAR 7 2006

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

       Plaintiff,

v().

GARY BRUDER,
LEO THOMPSON,
ANTONIO COTTINGHAM,
ILLES WILLIAM,
TIMOTHY MOREDOCK,
MARIO CRINER,
DWAN EDWARDS,
DEWAYNE ANDERSON and
DARRELL LAW a/k/a "B,"

       Defendants.

Criminal No. 1:06cr20

Violations:  18 USC §2
21 USC §841(a)(1)
21 USC §841(b)(1)(A)(iii)
21 USC §841(b)(1)(C)
21 USC §846

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

From in or about the Spring, 2005, and continuing until January 25, 2006, within the Northern District of West Virginia, and elsewhere, defendants, **GARY BRUDER, LEO THOMPSON, ANTONIO COTTINGHAM, ILLES WILLIAM, TIMOTHY MOREDOCK, MARIO CRINER, DWAN EDWARDS, DEWAYNE ANDERSON and DARRELL LAW a/k/a "B,"** and others known and unknown to the Grand Jury, did knowingly and willfully combine, conspire, confederate, agree and have a tacit understanding with each other and with other persons known and unknown to the Grand Jury, to commit an offense against the United States to wit; to violate Title 21, United States Code, §841(a)(1). It was the purpose and object of the conspiracy knowingly and intentionally to possess with intent to distribute and to distribute in excess of fifty grams of cocaine base, also known as "crack," a Schedule II narcotic drug controlled substance; in violation of Title 21, United States Code, §§846 and 841(b)(1)(A)(iii).

## COUNT TWO

On or about October 4, 2005, in Marion County, within the Northern District of West Virginia, the defendant, **LEO THOMPSON**, did unlawfully, knowingly, intentionally and without authority distribute approximately .70 grams of cocaine base, also known as "crack," a Schedule II narcotic drug controlled substance, to a person known to the Grand Jury, in exchange for $200.00; in violation of Title 21, United States Code, §§841(a)(1) and 841(b)(1)(C).

## COUNT THREE

On or about October 10, 2005, in Marion County, within the Northern District of West Virginia, the defendant, **ANTONIO COTTINGHAM,** did unlawfully, knowingly, intentionally and without authority distribute approximately .34 grams of cocaine base, also known as "crack," a Schedule II narcotic drug controlled substance, to a person known to the Grand Jury, in exchange for $100.00; in violation of Title 21, United States Code, §§841(a)(1) and 841(b)(1)(C).

## COUNT FOUR

On or about October 20, 2005, in Marion County, within the Northern District of West Virginia, the defendant, **GARY BRUDER,** aided and abetted by a person known to the Grand Jury, did unlawfully, knowingly, intentionally and without authority distribute approximately .59 grams of cocaine base, also known as "crack," a Schedule II narcotic drug controlled substance, in exchange for $150.00; in violation of Title 21, United States Code, §§841(a)(1), 841(b)(1)(C), and Title 18, United States Code, §2.

## COUNT FIVE

On or about October 20, 2005, in Marion County, within the Northern District of West Virginia, the defendants, **ILLES WILLIAM and GARY BRUDER,** aided and abetted by each other, did unlawfully, knowingly, intentionally and without authority distribute approximately 1.73 grams of cocaine base, also known as "crack," a Schedule II narcotic drug controlled substance, to a person known to the Grand Jury, in exchange for $150.00; in violation of Title 21, United States Code, §§841(a)(1), 841(b)(1)(C), and Title 18, United States Code, §2.

## COUNT SIX

On or about October 27, 2005, in Marion County, within the Northern District of West Virginia, the defendant, **TIMOTHY MOREDOCK,** aided and abetted by a person known to the Grand Jury, did unlawfully, knowingly, intentionally and without authority distribute approximately .73 grams of cocaine base, also known as "crack," a Schedule II narcotic drug controlled substance, to a person known to the Grand Jury, in exchange for $220.00; in violation of Title 21, United States Code, §§841(a)(1), 841(b)(1)(C), and Title 18, United States Code §2.

## COUNT SEVEN

On or about November 3, 2005, in Marion County, within the Northern District of West Virginia, the defendants, **TIMOTHY MOREDOCK and MARIO CRINER**, aided and abetted by each other, did unlawfully, knowingly, intentionally and without authority distribute approximately .40 grams of cocaine base, also known as "crack," a Schedule II narcotic drug controlled substance, to a person known to the Grand Jury, in exchange for $150.00; in violation of Title 21, United States Code, §§841(a)(1), 841(b)(1)(C), and Title 18, United States Code §2.

## COUNT EIGHT

On or about November 3, 2005, in Marion County, within the Northern District of West Virginia, the defendant, **MARIO CRINER**, did unlawfully, knowingly, intentionally and without authority distribute approximately .63 grams of cocaine base, also known as "crack," a Schedule II narcotic drug controlled substance, to a person known to the Grand Jury, in exchange for $100.00; in violation of Title 21, United States Code, §§841(a)(1) and 841(b)(1)(C).

## COUNT NINE

On or about November 18, 2005, in Marion County, within the Northern District of West Virginia, the defendant, **DARRELL LAW, a/k/a "B,"** did unlawfully, knowingly, intentionally and without authority distribute a quantity of cocaine base, also known as "crack," a Schedule II narcotic drug controlled substance, to a person known to the Grand Jury, in exchange for $50.00; in violation of Title 21, United States Code, §§841(a)(1) and 841(b)(1)(C).

## COUNT TEN

On or about November 18, 2005, in Marion County, within the Northern District of West Virginia, the defendant, **DARRELL LAW, a/k/a "B,"** did unlawfully, knowingly, intentionally and without authority distribute a quantity of cocaine base, also known as "crack," a Schedule II narcotic drug controlled substance, to a person known to the Grand Jury, in exchange for $70.00; in violation of Title 21, United States Code, §§841(a)(1) and 841(b)(1)(C).

## COUNT ELEVEN

On or about December 1, 2005, in Marion County, within the Northern District of West Virginia, the defendant, **DWAN EDWARDS,** did unlawfully, knowingly, intentionally and without authority distribute approximately 1.42 grams of cocaine base, also known as "crack," a Schedule II narcotic drug controlled substance, to a person known to the Grand Jury, in exchange for $150.00; in violation of Title 21, United States Code, §§841(a)(1) and 841(b)(1)(C).

## COUNT TWELVE

On or about December 7, 2005, in Marion County, within the Northern District of West Virginia, the defendant, **DWAN EDWARDS**, did unlawfully, knowingly, intentionally and without authority distribute a quantity of cocaine base, also known as "crack," a Schedule II narcotic drug controlled substance, to a person known to the Grand Jury, in exchange for $200.00; in violation of Title 21, United States Code, §§841(a)(1) and 841(b)(1)(C).

## COUNT THIRTEEN

On or about December 13, 2005, in Marion County, within the Northern District of West Virginia, the defendants, **DWAN EDWARDS and DWAYNE ANDERSON,** aided and abetted by each other, did unlawfully, knowingly, intentionally and without authority distribute approximately 1.73 grams of cocaine hydrochloride, a Schedule II narcotic drug controlled substance, to a person known to the Grand Jury, in exchange for $150.00; in violation of Title 21, United States Code, §§841(a)(1), 841(b)(1)(C), and Title 18, United States Code, §2.

A true bill,

/S/ _____
Grand Jury Foreperson
(Signature on File)

/S/ Zelda E. Wesley for
THOMAS E. JOHNSTON
United States Attorney