IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                          CRIMINAL NO. 1:06CR20-8
                                            (Judge Keeley)

DEWAYNE ANDERSON,

    Defendant.



## VERDICT FORM

### COUNT ONE

**Count One** of the Indictment charges that from in or about the Spring, 2005, and continuing until January 25, 2006, within the Northern District of West Virginia, and elsewhere, defendant, **DEWAYNE ANDERSON**, and others known and unknown to the Grand Jury, did knowingly and willfully combine, conspire, confederate, agree and have a tacit understanding with each other and with other persons known and unknown to the Grand Jury, to commit an offense against the United States to wit; to violate Title 21, United States Code, § 841(a)(1). It was the purpose and object of the conspiracy knowingly and intentionally to possess with intent to distribute and to distribute in excess of fifty grams of cocaine base, also known as "crack," a Schedule II narcotic drug controlled substance; in violation of Title 21, United States Code, §§846 and 841(b)(1)(A)(iii).

USA V. DEWAYNE ANDERSON                              1:06CR20-8

## VERDICT FORM

WE, THE JURY, on the issue joined, find that the defendant, **DEWAYNE ANDERSON** is


_____Guilty_____
Guilty or Not Guilty

of the charge of conspiracy knowingly and intentionally to possess with intent to distribute and to distribute in excess of fifty grams of cocaine base, also known as "crack."

**If your finding as to the defendant is "Guilty", please answer the following Special Interrogatory.**

### SPECIAL INTERROGATORY AS TO COUNT ONE

Having determined that defendant **DEWAYNE ANDERSON** is "Guilty" of the charge alleged in Count One of the Indictment, the jury further finds beyond a reasonable doubt that the charge involved the following amount of drug weight:

**(You shall only mark "YES" as to one of the three choices.)**

    **FIRST:**    Fifty (50) grams or more of cocaine base or a mixture or substance which contains a detectable amount of cocaine base;


_____YES_____

USA V. DEWAYNE ANDERSON                                         1:06CR20-8

## VERDICT FORM

**SECOND:**  Five (5) grams or more of cocaine base or a mixture or substance which contains a detectable amount of cocaine base;

_____

**THIRD:**  Less than five (5) grams of cocaine base or a mixture or substance which contains a detectable amount of cocaine base.

_____

### COUNT THIRTEEN

**Count Thirteen** of the Indictment charges that on or about December 13, 2005, in Marion County, within the Northern District of West Virginia, the defendants, **DWAN EDWARDS and DEWAYNE ANDERSON**, aided and abetted by another did unlawfully, knowingly, intentionally, and without authority distribute approximately 1.73 grams of cocaine hydrochloride, a Schedule II, narcotic drug controlled substance, to a person known to the Grand Jury, in exchange for $150.00; in violation of Title 21, United States Code, §§841(a)(1), 841(b)(1)(C) and Title 18, United States Code, Section 2.

USA V. DEWAYNE ANDERSON                                    1:06CR20-8

## VERDICT FORM

WE, THE JURY, on the issue joined, find that the defendant, **DEWAYNE ANDERSON** is

_____**Guilty**_____
Guilty or Not Guilty

of the charge of aiding and abetting in the distribution of cocaine hydrochloride, also known as "coke".

DATED: __10/12/06__

                                        _____
                                             Foreperson