# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**FILED**
FEB 1 6 2007
U.S. DISTRICT COURT
CLARKSBURG, WV 26301

United States
    Plantiff,

VS.                                Case No. 1:06CR20

Dwayne Anderson
        Defendant.


Date: 02-10-07

RE: Motion To Analyze Tape


## MOTION

Now comes the Defendant, Dwayne B. Anderson, and respectfully moves this Honorable Court to analyze the Dec. 13, 2005 phone call from Trooper Smith, that the court may know without any doubt that the Defendant answered that phone on all three occasions. The Defendant has been wrongfully charged, and convicted, and the Defendant ask this Honorable Court to grant Defendants motion before the Defendants is wrongfully sentenced; For this Honorable Court to grant Defendants motion will be showing justice; But for this Honorable Court to sentence Defendant without analyzing the evidence, is an injustice to me, this Honorable Court, and the United States Constitution.
              In Support of this Motion

Defendant respectfully states as follows:

1. This will prove that Defendant answered the call from Trooper Smith on Dec. 13, 2005 on all three occasions, and will prove <u>Defendants innocence</u> of the charges against him.

2. This is the Governments evidence, and has already been presented to the court.

3. The Government claims Dwan Edwards answered the call on Dec. 13, 2005 from trooper smith.

4. There was only one way to prove Mr. Edwards answered that call on Dec. 13, 2005 was to have the call analyzed, the Government did not do that.

5. The burden of proof was on the Government.

6. Will show that Defendant was not linked to the Bruder conspiracy

7. Will show that on Dec. 13, 2005 Defendant Aided and Abetted no one.

To grant the Defendant this motion will allow justice in this Honorable Court

by establish the fact that the Defendant answered the Calls from Trooper Smith on three different Occasions on Dec. 13, 2006.

This Honorable Court should never want to sentence someone that is innocent of charges against them. This Honorable Court should always be willing to know and accept the facts that will prove ones innocence.

Respectfully submitted
Dwayne h. Anderson

CC: Scott Shough / attorney at law
Zelda Wesley / U.S. Government
file / dkA