```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**UNITED STATES OF AMERICA,**

       **Plaintiff,**

v.                                      **CRIMINAL NO. 1:06CR20-8**
                                               **(Judge Keeley)**
**DWAYNE ANDERSON**

       **Defendant.**

## ORDER RESCHEDULING SENTENCING

For reasons appearing to the Court, the sentencing hearing in this matter previously set for March 5, 2007 at 11:00 a.m. is **RESCHEDULED** to **March 2, 2007** at **9:00 a.m.** at the **Clarksburg**, **West Virginia** point of holding court.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record, the Office of Probation and all appropriate agencies.

DATED: February 27, 2007.

                                    /s/ Irene M. Keeley
                                    IRENE M. KEELEY
                                    UNITED STATES DISTRICT JUDGE