IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA

    Plaintiff,

v.  //Criminal NO. 1:06CR20-8

DEWAYNE ANDERSON

    Defendant.

**DEFENDANT'S NOTICE OF INTENT TO APPEAL**

Now comes the Defendant, Dewayne Anderson, by counsel, Scott A. Shough, and gives notice to the Court, the United States, and any and all other interested parties, pursuant to Rule 3 of the Federal Rules of Appellate Procedure that the defendant intents to appeal the rulings of the court in regard to the above matter, the jury findings thereto and the sentence imposed by the court on March 2nd, 2007, and entered on March 12th, 2007.

                                                      Dewayne Anderson
                                                      Defendant by Counsel.

\_\_/S/_____
Scott A. Shough
State Bar No. 7795
Suite 502, Sec. Bldg.
211 Adams St., Fairmont 26554

304-363-4024
304-363-4025 (fax)