IN THE UNITED STATES DISTRICT COURT
NORTHERN DICTRICT OF WEST VIRGIZA

United States
  V
Dwayne Anderson

Case #: 106: CR20

**FILED**
MAR 15 2007
U.S. DISTRICT COURT
CLARKSBURG, WV 26301

Date: 03-09-07

TO: The Clerk Of Court

From: Dwayne Anderson

RE: Notice of Intent to Appeal

## NOTICE

Now comes plaintiff, Dwayne Anderson and gives this Honorable Court Notice of his intent to Appeal both, plaintiff's trial conviction and plaintiff's march second Sentencing.

Thank You
Dwayne Anderson

CC: dKA/File