03-07-07

**RECEIVED**

MAR 22 2007

U.S. DISTRICT COURT
CLARKSBURG, WV 26301

Honorable Judge Keeley,

Your Honor, I had to write to you concerning the situation with the minors. When Ms. Baxter testified to the court under oath that I Dwayne Anderson was involved with Jessica Lee when she was a minor, is not the truth. Jessica is currently incarcerated at Lakin Correctional facility for women. I had a relationship with Jessica's sister Stephie, and Jessica saw me almost on a daily basis and knew all the females that I was involved with.

Your Honor, I am asking you to contact Jessica Lee, and see if Ms. Baxters allegations are true. According to Ms. Baxter's testimony at trial the girls was thirteen and fourteen years of age, but at the sentencing hearing Ms. Baxter testified that the girls was sixteen and seventeen years of age, thats not consistant.

Your Honor I, Dwayne Anderson, am having a very hard time accepting the enhancement of my sentence for the involvement of a minor. Ms. Baxter has mislead the court, but now the court can know the truth through Ms. Baxter's own testimony. With all due respect your Honor, I feel that one hundred sixty four months would have been a more accurate sentence.

God Bless you and Thank you.

Dwayne Anderson