UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

FILED
March 28, 2007

No. 07-4303
1:06-cr-00020-IMK-8

**FILED**

MAR 3 0 2007

U.S. DISTRICT COURT
CLARKSBURG, WV

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

DEWAYNE ANDERSON

    Defendant - Appellant

---------

O R D E R

---------

The Court appoints Scott A. Shough as counsel for the appellant.

For the Court - By Direction

/s/ Patricia S. Connor
-----------------------
CLERK

Nunc Pro Tunc Date: March 13, 2007