UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

FILED
March 28, 2007

No. 07-4303
1:06-cr-00020-IMK-8

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

DEWAYNE ANDERSON

    Defendant - Appellant

FILED
MAR 3 0 2007
U.S. DISTRICT COURT
ARKSBURG WV

No. 07-4304
1:06-cr-00020-IMK-9

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

DARRELL LAW, a/k/a B

    Defendant - Appellant

---------
O R D E R
---------

The Court consolidates these cases for purposes of briefing and oral argument and directs that:

1. one joint brief shall be permitted per side;

2. the parties on each side shall share the time allowed for oral argument;

3. each side shall notify the Court of the attorney designated as lead counsel within ten days of the date of this order.

For the Court - By Direction

/s/ Patricia S. Connor
_____
CLERK