UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

FILED
May 9, 2007

No. 07-4303
1:06-cr-00020-IMK-8

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

DEWAYNE ANDERSON

    Defendant - Appellant

FILED
MAY 14 2007
U.S. DISTRICT COURT
ELKINS WV 26241

No. 07-4304
1:06-cr-00020-IMK-9

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

DARRELL LAW, a/k/a B

    Defendant - Appellant

-----------
O R D E R
-----------

    The court reporter, Linda Bachman, has filed a motion for an extension of time to file the transcript without the imposition of sanctions.

    The Court extends the time for filing the transcript, without sanctions, to 6/1/07. A 10 percent fee reduction will apply if the transcript is not filed by that date, and a 20 percent fee reduction will apply if the transcript is not filed by 7/03/07.

For the Court - By Direction

/s/ Patricia S. Connor
_____
CLERK