UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
Lewis F. Powell, Jr. United States Courthouse Annex
1100 E. Main Street, Suite 501
Richmond, Virginia 23219-3517

Patricia S. Connor
Clerk

www.ca4.uscourts.gov

RECEIVED
JUN 0 7 2007
U.S. DISTRICT COURT
ELKINS WV 26241

Telephone
(804) 916-2700

June 1, 2007

Linda L. Bachman
U. S. DISTRICT COURT
Northern District of West Virginia
P. O. Box 969
Clarksburg, WV 26302

    Re: 07-4303 US v. Dewayne Anderson
        1:06-cr-00020-IMK-8

        07-4304 US v. Darrell Law
        1:06-cr-00020-IMK-9

Dear Court Reporter:

The outstanding transcripts for these appeals are now currently due to be filed no later than 6/6/07.

                Yours truly,

                PATRICIA S. CONNOR
                    Clerk

                    /s/ Carla A. Allison
            By: _____
                    Deputy Clerk

cc:  Clerk, U. S. District Court