# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

RECEIVED
OCT 2 - 2007
U.S. DISTRICT COURT
CLARKSBURG, WV 26301

To: Court Clerk

Case No: 1:06 CR 20

from Dwayne Anderson 05372-087
F.C.I Beckley

Date: 09-28-07

Re: Request

Request

Dear Clerk

Could you please send me a copy of my current docket sheet

Thank You
Dwayne Anderson

cc: DKA/file