FILED

JAN 1 4 2008

01-07-08

Dear Clerk,

    I, Dwayne Anderson, would like to know the status of my 60(B)(4) motion filed 09/07/07. Petitioner's motion was referred to John S. Kaull.

Thank You

Dwayne Anderson

cc: dKA/file