**FILED**
JAN 29 2008
U.S. DISTRICT COURT
CLARKSBURG, WV 26301

The United States District Court
NORTHERN DISTRICT OF WEST VIRGINIA

United States
v.
Dwayne Anderson

Case # 1:06 CR 20-8

Date 01-24-08

To: Court Clerk

From: Dwayne Anderson # 05372-087
F.C.I. Beckley.

RE: Requesting Permission to appeal second 60(B)(4) motion

## Request

Petitioner believes the Court errored in denying his second 60(B)(4) motion. Petitioner ask this honorable Court to grant him permission to appeal Courts ruling.

Thank You
Dwayne Anderson

cc: file/dkA