THE UNITED STATES DISTRICT
NORTHERN DISTRICT OF WEST VIRGINIA

Dwayne Anderson
       Petitioner

V.                                              Case No#: 1:06 cr 20-8

United States of America
        Respondent

Date 01-28-08

To: Court Clerk

From: Dwayne Anderson - 05372-087

RE: Notice of intent of appeal

## NOTICE

Petioner, Pro se, gives this Honorabe court Notice of his intent to appeal his second 60(B)(4) motion filed on 09-07-07 docket No# 553.

The motion proves the District court lacked subject matter jurisdiction.

cc: file / dKA