FILED: June 20, 2008

```
            UNITED STATES COURT OF APPEALS
               FOR THE FOURTH CIRCUIT
            _____

                 No. 07-4303 (L)
                (1:06-cr-00020-IMK-8)
            _____
```

UNITED STATES OF AMERICA,

        Plaintiff - Appellee

v.

DEWAYNE ANDERSON,

        Defendant - Appellant

```
            _____

                J U D G M E N T
            _____
```

In accordance with the decision of this Court, the judgments of the District Court are affirmed in part and reversed in part. This case (07-4303) is remanded to the District Court for further proceedings consistent with the Court's decision.

This judgment shall take effect upon issuance of this Court's mandate in accordance with Fed. R. App. P. 41.

                                /s/ PATRICIA S. CONNOR, CLERK