**FILED**
JUL 8 - 2008
U.S. DISTRICT COURT
CLARKSBURG, WV 26301

The United States District Court
Northern District of West Virginia

| | |
|---|---|
| United States | Case No.: 1:06-CR-00020-8 |
| v | |
| Dwayne Anderson | |
| Pro Se | |

Date: 07-04-08
Re: Motion For Jurisdictional Hearing

## Motion

Now comes Dwayne Anderson - Pro-Se, requesting this Honorable Court to grant him a Jurisdictional Hearing Rule 12(h)(3) Rules of Civil Procedure states that Jurisdiction may be challenged at any stage of the proceeding. Federal Jurisdiction cannot be conferred by agreement of parties and irrespective of such agreement, Federal Court has a duty on its own motion to consider whether there is properly Federal Jurisdiction in the case before it.

The Government contends it has Jurisdiction of all criminal cases by way of Title 18 §3231 which states: "The United States shall have <u>Original</u> Jurisdiction in the District Courts, <u>Exclusive</u> of the Courts of the States, of all offenses against the laws of the United States. Nothing in this title shall be held to take away or impair the Jurisdiction of the Courts of the several States under the laws thereof." Those two terms, Original and Exclusive Jurisdiction, describe the District Courts authority to hear only those criminal

Prosecutions that involve offenses against the laws of the United States, the offense must be committed on the territory or property belonging to the United States. Any offense committed outside of territories or property belonging to the United States and the District Courts has no jurisdiction over the matters. Every prosecution that goes on in the District Courts are by Acts of Congress. Congress has power to withdraw or modify jurisdiction of District Courts. But cannot expand jurisdiction beyond that specified in Article III of the Constitution.

Respectfully submitted,

Dwayne Anderson
"Without Prejudice U.C.C. 1-207"