```
        IN THE UNITED STATES DISTRICT COURT
      FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

   v.                               **CRIMINAL NO. 1:06CR20**
                                                    **(Judge Keeley)**

**DWAYNE ANDERSON,**

        **Defendants.**

## ORDER SCHEDULING HEARING

The Court will conduct a status conference on **July 25, 2008** at **9:45 a.m.** at the **Clarksburg**, **West Virginia** point of holding court. Counsel may appear by telephone. Zelda Wesley, Assistant United States Attorney, is directed to initiate the conference call to **(304)624-5850**. Counsel shall notify Ms. Wesley by 3:00 p.m. on July 24, 2008 of the number where they may be reached at the time of the conference call. Mark McKee, United States Probation Officer, is directed to participate in the call. Defendant may waive his right to be present.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record and all appropriate agencies.

DATED: July 23, 2008.

                                          /s/ Irene M. Keeley
                                          IRENE M. KEELEY
                                          UNITED STATES DISTRICT JUDGE