```
             IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

v.                                    CRIMINAL NO. 1:06CR20-8
                                                (Judge Keeley)

**DWAYNE ANDERSON,**

        **Defendant.**

## ORDER FOLLOWING JULY 25, 2008 STATUS CONFERENCE

On July 25, 2008, the Court conducted a status conference to address several pending motions filed by the defendant, Dwayne Anderson ("Anderson"). At that hearing, the Court **GRANTED** Anderson's motion to provide his new counsel with access to his presentence investigation report ("PSR") (dkt. no. 601). It directed the probation officer to provide the PSR and the original Judgment and Commitment Order, including the addendum, to Anderson's counsel.

For the reasons stated on the record at that hearing, the Court directed Counsel for the Government to provide a brief on re-sentencing issues by **August 4, 2008**. Anderson's response brief is due by **September 4, 2008**, and any Government reply is due by **September 22, 2008.** The Court will conduct a re-sentencing hearing on **Friday, October 31, 2008 at 10:00 a.m.** at the **Clarksburg**, **West Virginia** point of holding court. In light of these rulings,

**USA v. DWAYNE ANDERSON**                                                1:06CR20-8

**ORDER FOLLOWING JULY 25, 2008 STATUS CONFERENCE**

Anderson's motion regarding suggestions for further proceedings (dkt. no. 602) is **DENIED AS MOOT**.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record, the Office of Probation and all appropriate agencies.

DATED: August 1, 2008.

/s/ Irene M. Keeley
IRENE M. KEELEY
UNITED STATES DISTRICT JUDGE