**FILED**
OCT 1 - 2008
U.S. DISTRICT COURT
CLARKSBURG, WV 26301

United States
   v.
Dwayne Anderson

Case No: 1:06cr20

Date: 09/26/08
Re: Letter Dismissing Counsel

## Letter

Mr. Martin Sheehan,

I, Dwayne Anderson, appreciate your effort in the above style case but, your assistance is no longer needed. I strongly disagree with your fact finding and your conclusions. However, I do understand your position. After your visit today, I see it's not in my best interest for you to represent me. You can work out the financial details with my brother Albert. Again, I thank you for your time and services.

Please forward my file to me.

Thank you,

Dwayne Anderson

c: Judge Keeley / District Judge
   dka / file