```
         IN THE UNITED STATES DISTRICT COURT
      FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**UNITED STATES OF AMERICA,**

       **Plaintiff,**

  v.                                CRIMINAL NO. 1:06CR20
                                         (Judge Keeley)

**DWAYNE ANDERSON,**

       **Defendants.**

### ORDER SCHEDULING HEARING

On October 2, 2008, the defendant, Dwayne Anderson, acting <u>pro se</u>, filed a motion to continue the briefing deadlines and resentencing hearing currently scheduled in this case (dkt. no. 632). On the same day, his attorney, Martin Sheehan, filed a motion to withdraw as counsel and to extend the October 3, 2008 deadline for Anderson to file a brief regarding his resentencing (dkt. no. 634).

For reasons appearing to the Court, it will conduct a hearing to address these pending motions on **October 23, 2008** at **2:00 p.m.** at the **Clarksburg**, **West Virginia** point of holding court. The October 3, 2008 deadline is suspended, and briefing dates will be reconsidered at that hearing.

It is so **ORDERED**.

The Court **DIRECTS** the Clerk to transmit copies of this Order to counsel of record and all appropriate agencies.

DATED: October 3, 2008.

                                         <u>/s/ Irene M. Keeley</u>
                                         IRENE M. KEELEY
                                         UNITED STATES DISTRICT JUDGE