# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

United States

v.  Case No. 1:06-cr-00020-08

Dwayne Anderson

Date: 10-06-08

RE: Letter of request

**FILED**

OCT 8 - 2008

U.S. DISTRICT COURT
CLARKSBURG, WV 26301

## REQUEST

Comes now, Dwayne Anderson, requesting a copy of the governments brief, which was filed on behalf of the above case no. Defendant never received a copy of the brief.

Thank you.

Dwayne Anderson

CC: dKA/file