United States District Court For The
Northern District of West Virginia

United States

    Plaintiff

v.                                                                Case No.: 1:06cr20

Dwayne Anderson

    Pro Se Defendant

Date: 10-15-08

FILED OCT 17 2008
U.S. DISTRICT COURT
CLARKSBURG, WV 26301

Re: Motion For Court To Order Tapes Properly Analyzed
(Clarification of Electronic Evidence)

## Motion

Now comes the Defendant Dwayne Anderson Pro-se, and respectfully moves this Honorable To order that the Dec. 13, 2005 Phone Call From Trooper Smith Be Analyzed To Prove Defendant's Innocence of Count Thirteen of the Indictment.

The Order will clearly clear up a piece of evidence that if done properly, will show the Defendant not guilty of the count the Government charged in the Indictment. Furthermore, the Order will not allow Defendant to be wrongfully sentenced a second time. In granting Defendant's Motion, the fact will be established that the Defendant Answered the Phone on all three occasions Dec. 13, 2005, and moreover Justice will be Demonstrated.

Respectfully Submitted,

Dwayne Anderson

cc: dka/file