# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**FILED**
OCT 21 2008
U.S. DISTRICT COURT
CLARKSBURG WV 26301

UNITED STATES, plaintiff )
)
v. ) Case No. 1:06-CR-00020
)
DWAYNE ANDERSON )
DEFENDANT, pro-se )

RE: MOTION FOR BOND

## MOTION

COMES NOW, defendant, DWAYNE ANDERSON, pro-se, requesting the court to reinstate his original bond that was never used due to the fact that defendant had state retainer.

Defendant is not a threat to the community, defendant has long ties to West Virginia, defendant have strong family support, and defendant is willing to abide to all rules and regulations set by the court.

DATE: 10-16-08

Respectfully Submitted,

cc: ldk A/F/o