IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

v.                                **CRIMINAL NO. 1:06CR20-8**
                                            (Judge Keeley)

**DWAYNE ANDERSON,**

      **Defendant.**

## ORDER RESCHEDULING HEARING

For reasons appearing to the Court, the hearing in this matter previously set for October 23, 2008 at 2:00 p.m. is **RESCHEDULED** to **October 23, 2008** at **12:15 p.m.** at the **Clarksburg**, **West Virginia** point of holding court.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record, the Office of Probation and all appropriate agencies.

DATED: October 22, 2008.

                                      /s/ Irene M. Keeley
                                      IRENE M. KEELEY
                                      UNITED STATES DISTRICT JUDGE