UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF WEST VIRGINIA

United States

   V.                               Case #: 1:06cr-20-8

Dwayne Anderson                  **RECEIVED**
                                 OCT 29 2008
Date: 10-27-08                   U.S. DISTRICT COURT
                                 CLARKSBURG, WV 26301

RE: Letter of request

## REQUEST

Defendant had a motion hearing on 10-23-08 before Judge Keeley. I need to know the dates of the motions that was heard. I apologize for not being prepared to write them down.

Thank you.
Dwayne Anderson

cc: dka/file