UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF WEST VIRGINIA

United States

v.                                     Case No. 1:06cr-20

Dwayne Anderson

Date: 10-31-08

Re: Notice of intent to Appeal

## NOTICE

Comes now, Defendant-Pro-se, and gives the court notice that defendant is going to appeal some if not all of the courts ruling at the 10-23-08 motion hearing before judge Keeley. The defendant never received notice of the hearing, and it was clearly stated on the record that the court nor attorney at that time sent any notice to defendant; furthmore Defendant never received opportunity to argue his motions. There are constitutional issues in this case before the court that has yet to be addressed.

Please send stamped receipt back.

Respectfully Submitted
Dwayne Anderson

FILED
NOV 4 2008
U.S. DISTRICT COURT
CLARKSBURG, WV 26301