UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF WEST VIRGINIA

United States

V.     Case No.

Dwayne Anderson

**FILED**

NOV 1 3 2008

U.S. DISTRICT COURT
CLARKSBURG, WV 26301

Date: 11-10-08

RE: Letter of Request

REQUEST

Dear clerk,

This is my second request asking for a stamped copy of my motion of intent to appeal the courts rulings on 10-23-08. If you have sent copy out please disregard this request.

Thank You

Dwayne Anderson

cc: dkA/file