Filed: November 18, 2008

```
              UNITED STATES COURT OF APPEALS
                  FOR THE FOURTH CIRCUIT
                  _____

                        No. 08-8393
                 (1:06-cr-00020-IMK-JSK-8)
                  _____
```

UNITED STATES OF AMERICA,

        Plaintiff - Appellee

v.

DWAYNE ANDERSON,

        Defendant - Appellant

_____

NOTICE OF APPELLATE CASE OPENING

_____

| Originating Court | United States District Court for the Northern District of West Virginia at Clarksburg |
|---|---|
| Originating Court Case Number | 1:06-cr-00020-IMK-JSK-8 |
| Date notice of appeal filed in originating court | 11/04/2008 |
| Appellant(s) | Dwayne Anderson |
| Appellate Case Number | 08-8393 |
| Case Manager | Merlene Smith-Taylor 804-916-2702 |

The above-captioned case has been opened in this Court.