UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES

V.

CASE NO. 1:06cr20-8

DWAYNE ANDERSON

**FILED**
DEC 1 1 2008
U.S. DISTRICT COURT
CLARKSBURG, WV 26301

Date 12-08-08

RE: Letter requesting the court to subpoena a witness

## Request

Comes Now, Dwayne Anderson - Pro-SE, requesting the court to subpoena officer Mcloud (detective) of the Fairmont city police department along with the 2005 investigation file of defendant Dwayne Anderson.

Thank You

Dwayne Anderson

CC: dKA/file