FILED: January 20, 2009

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-8393
(1:06-cr-00020-IMK-JSK-8)

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

  v.

DWAYNE ANDERSON,

    Defendant - Appellant.

O R D E R

Upon consideration of submissions relative to the government's motion to dismiss the appeal as interlocutory, the Court grants the motion.

Entered for a panel consisting of: Judge Michael, Judge Shedd, and Senior Judge Hamilton.

For the Court

/s/ Patricia S. Connor
_____
Clerk