# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF WEST VIRGINIA

**FILED**
FEB 12 2009
U.S. DISTRICT COURT
CLARKSBURG, WV 26301

United States
v.
Dwayne Anderson
Pro-SE

Case #: 106-cr-00020-8

**FILED**
FEB 12 2009
U.S. DISTRICT COURT
CLARKSBURG, WV 26301

DATE: 02-09-09

RE: Motion for Jurisdictional Hearing

## MOTION

Comes now, Dwayne Anderson, Pro-SE, submitting second motion, since case was remanded back to the district court, for a jurisdictional hearing. Jurisdiction is a threshold matter, and every court is obligated to show their own jurisdiction on the record. I have not been shown any record establishing that the district court has jurisdiction to hear my case. The Appeals Court dismissed my appeal as an Interlocutory appeal, but the claim has not been heard. Jurisdiction can be raised at any time, Petitioner is simply asking for a hearing that the court can show its jurisdiction. How can the court proceed when the court has not established its jurisdiction?

Respectfully submitted