```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**UNITED STATES OF AMERICA,**

   **Plaintiff,**

v.          **CRIMINAL NO. 1:06CR20-8**
              (Judge Keeley)

**DWAYNE ANDERSON**

   **Defendant.**

### ORDER GRANTING MOTION TO WITHDRAW MOTION FOR A JURISDICTIONAL HEARING

On February 12, 2009, the defendant, Dwayne Anderson ("Anderson") filed a motion for a jurisdictional hearing in this case. On March 19, 2009, Anderson filed a motion to withdraw the motion for the jurisdictional hearing. For reasons appearing to it, the Court **GRANTS** Anderson's motion to withdraw (dkt. no. 706) and **ORDERS** that his earlier motion for a jurisdictional hearing be **WITHDRAWN** (dkt. no. 693).

The Court directs the Clerk to transmit copies of this Order to counsel of record, the Office of Probation and all appropriate agencies.

DATED: March 23, 2009.

            /s/ Irene M. Keeley
            IRENE M. KEELEY
            UNITED STATES DISTRICT JUDGE