UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

United States

V.                                  Case No. 1:06cr-20

Dwayne Anderson                     **FILED**
                                    APR 28 2009
Date: 04-26-09                      U.S. DISTRICT COURT
                                    CLARKSBURG, WV 26301

RE: Motion to Dismiss Count thirteen for insufficiency of the evidence.

## MOTION

Comes now, Dwayne Anderson, Pro-SE, and moves the Court to dismiss count thirteen for insufficient evidence. The government never proved who answered the phone on Dec. 13, 2005 on any of the three occasions. The Appeals court affirmed count thirteen, but the sufficiency of the evidence was never challenged. The Appeals court remanded for further proceedings.

cc: Sherman Lambert/Attorney at Law
    Ava/file

Thank you
Dwayne Anderson