IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
(Clarksburg Division)

**UNITED STATES OF AMERICA,**

       **Plaintiff,**

v.                                                                                             **Criminal No.: 1:06CR20**

**DEWAYNE ANDERSON,**

       **Defendant.**

## NOTICE OF INTENT TO APPEAL

    COMES NOW, the Defendant Dewayne Anderson (hereinafter referred to as "Mr. Anderson") by and through his legal counsel, Sherman L. Lambert, Sr., Esquire (hereinafter referred to as "Mr. Lambert"), and hereby provides timely notice to the Honorable Judge Honorable Irene M. Keeley, Judge of the United States District Court for the Northern District Court of West Virginia, to Assistant United States Attorney Zelda E. Wesley, Esquire, and to the Clerk of Court for the United States District Court for the Northern District of West Virginia, that Mr. Anderson intends to appeal all issues regarding his re-sentencing with respect to Count 13 of the indictment, held on Friday, August 28, 2009, and the judgment Order entered by this Court, in connection with the above-captioned criminal matter.

    Mr. Lambert will <u>not</u> represent Mr. Anderson's interest on appeal, and hereby request that the court examine Mr. Anderson's affidavit for eligibility to have competent and discrete counsel appointed to represent his interest on appeal.

                                                   **DEWAYNE ANDERSON**
                                                   **By Counsel**

**/'s/ Sherman L. Lambert, Sr.**
**Sherman L. Lambert, Sr. Esquire**
**Sherman L. Lambert, Sr., PLLC**
**WVSB No.: 2129**
**Sherman L. Lambert, Sr., PLLC**
**P.O. Box 3200**
**Shepherdstown, WV 25443**
**(304) 263-3548**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
(Clarksburg Division)

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

v.                                                       **Criminal No.: 1:06CR20**

**DEWAYNE ANDERSON,**

      **Defendant.**

## CERTIFICATE OF SERVICE

I, Sherman L. Lambert, Sr., Esquire, and Sherman L. Lambert, Sr., PLLC, hereby certify that I served a true copy of the attached "**NOTICE OF INTENT TO APPEAL, and CERTIFICATE OF SERVICE,**" upon Zelda E. Wesley, Assistant United States Attorney for the Northern District of West Virginia, by electronic filing with the Clerk of the Court, using the CM/ECF system, on this 28th day of August, 2008.

                                                            /"s/ Sherman L. Lambert, Sr.
                                                            **Sherman L. Lambert, Sr., Esquire**