IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES
V.
DWAYNE ANDERSON

Criminal NO. 1:06Cr20-8

FILED
SEP 3 - 2009
U.S. DISTRICT COURT
CLARKSBURG, WV 26301

Date: 08-31-09

RE: Notice of Intent to Appeal

# NOTICE

Comes now, Dwayne Anderson, Pro-se, and gives this honorable court notice that defendant is appealing his sentence, the 08-28-09 sentencing hearing and both of defendants motions (1. motion to recuse, 2. motion for insufficient evidence of count, thirteen (13)). Defendant needs counsel appointed, and Defendant will serve the government.

Thank you
Dwayne Anderson

cc: Zelda Westley/AUSA
dKA/File